# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

| | | |
|---|---|---|
| In re:  NICHOLAS A. VASQUEZ | § | Case No. 15-81592 |
| CHRISTINA M. VASQUEZ | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on  06/17/2015.

2) The plan was confirmed on  08/21/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on  NA.

5) The case was converted on  09/25/2015.

6) Number of months from filing or conversion to last payment:  2.

7) Number of months case was pending:  3.

8) Total value of assets abandoned by court order:  NA.

9) Total value of assets exempted:  $6,524.00.

10) Amount of unsecured claims discharged without full payment:  $0.00.

11) All checks distributed by the Trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

<div style="border:1px solid black; padding:8px;">

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor(s) | $ 1,668.00 |
| Less amount refunded to debtor(s) | $ 548.75 |
| **NET RECEIPTS** | $ 1,119.25 |

</div>

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 666.50 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 96.75 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 763.25 |
| Attorney fees paid and disclosed by debtor(s): | $ 721.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LAW OFFICE OF HENRY REPAY | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 666.50 | 0.00 |
| HTD LEASING | Sec | 0.00 | 13,179.43 | 0.00 | 0.00 | 0.00 |
| GREEN TREE SERVICING LLC | Sec | 1,500.00 | 1,202.86 | 1,202.86 | 0.00 | 0.00 |
| HECTOR VASQUEZ | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Sec | 2,075.00 | 4,705.00 | 2,075.00 | 319.68 | 36.32 |
| SPRINGLEAF FINANCIAL SERVICES | Uns | 6,828.00 | 2,549.68 | 5,179.68 | 0.00 | 0.00 |
| AMAZON | Uns | 561.47 | NA | NA | 0.00 | 0.00 |
| AMAZON | Uns | 784.20 | NA | NA | 0.00 | 0.00 |
| AVANT | Uns | 3,634.00 | NA | NA | 0.00 | 0.00 |
| BARCLAY CARD | Uns | 1,135.51 | NA | NA | 0.00 | 0.00 |
| BARCLAY CARD | Uns | 417.49 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 503.14 | 574.29 | 574.29 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 323.51 | 370.31 | 370.31 | 0.00 | 0.00 |
| CARE CREDIT/SYNCHRONY BANK | Uns | 386.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 656.90 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 731.66 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Uns | 136.12 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 458.59 | 450.02 | 450.02 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BECKET & LEE LLP | Uns | 392.95 | 401.51 | 401.51 | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 351.97 | 371.88 | 371.88 | 0.00 | 0.00 |
| MALCOM PEDIATRIC DENISTRY | Uns | 277.70 | NA | NA | 0.00 | 0.00 |
| MARK LUNDINE MD PC | Uns | 51.53 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 348.00 | NA | NA | 0.00 | 0.00 |
| NY & CO COMENITY BANK | Uns | 417.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 194.03 | 263.34 | 263.34 | 0.00 | 0.00 |
| RMA COLLECTIONS | Uns | 249.42 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ANESTHESIOLOGISTS | Uns | 159.50 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 234.43 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Uns | 2,080.00 | 1,640.81 | 1,640.81 | 0.00 | 0.00 |
| UNIVERSITY OF WI HOSPITAL & | Uns | 920.24 | 2.11 | 2.11 | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 374.27 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 81.42 | 81.42 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 417.00 | 872.24 | 872.24 | 0.00 | 0.00 |
| FORD MOTOR CREDIT CORP | Uns | 0.00 | 13,179.43 | 0.00 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 467.83 | 467.83 | 0.00 | 0.00 |
| UNIVERSITY OF WI HOSPITAL & | Uns | 0.00 | 69.06 | 69.06 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 713.30 | 713.30 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 1,005.56 | 1,005.56 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 448.00 | 448.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 1,202.86 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 2,075.00 | $ 319.68 | $ 36.32 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 3,277.86 | $ 319.68 | $ 36.32 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 12,911.36 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 763.25 | |
| Disbursements to Creditors | $ 356.00 | |
| **TOTAL DISBURSEMENTS:** | | $ 1,119.25 |

12) The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date:  10/08/2015              By:  /s/ Lydia S. Meyer
                                    Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.